The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on February 17, 2011, which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: February 17, 2011

Arthur I. Harris
United States Bankruptcy Judge

_____

BK1013911
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-21419 |
| Marilin Ruiz | Chapter 7<br>Judge Harris |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, LLC SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY FOR RELIEF FROM STAY AND ABANDONMENT 3596 WEST 45TH STREET, CLEVELAND, OH 44102** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company ("Movant"). (Docket **10**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the

Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 3596 West 45th Street Cleveland, OH 44102.

###

SUBMITTED BY:

/s/ Steven H Patterson
Steven H Patterson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0073452
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

David S Bartos, Esq. - Attorney for Debtor
13363 Madison Ave
Lakewood, OH 44107
legaladvicehere@aol.com
VIA ELECTRONIC SERVICE

Manuel Sanchez Matos – Interested Party
3331 W. 126th
Cleveland, OH 44111
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Steven H Patterson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Marilin Ruiz - Debtor
9835 Memphis Avenue
Cleveland, OH 44144
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Alan J. Treinish - Trustee
1370 Ontario Street
Suite 700
Cleveland, OH 44113
atreinish@epitrustee.com
VIA ELECTRONIC SERVICE